Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Southern Division

| | |
|---|---|
| Jahlil J Lewis | Case No.    1:26-cv-590-JRO-TAB |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| **-v-** | |
| Indianapolis FBI Office | **FILED**<br><br>**03/25/2026**<br><br>**U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF INDIANA**<br>**Kristine L. Seufert, Clerk** |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jahlil Joseph Lewis |
| Address | 6225 N Rural St |
| | Indianapolis            IN            46220 |
| | *City            State            Zip Code* |
| County | United States |
| Telephone Number | |
| E-Mail Address | Jahlillewis1120@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FBI Indianapolis Division |
| Job or Title *(if known)* | |
| Address | 8825 Nelson B Klein Pkwy |
| | Indianapolis            IN            46250 |
| | *City            State            Zip Code* |
| County | |
| Telephone Number | +1(317)595-4000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Indianapolis Metropolitan Police Department |
| Job or Title *(if known)* | |
| Address | |
| | IN |
| | *City            State            Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, Equal Protection, Failure To Intervene, Deliberate Indifference, Conscience and Religious freedoms, Right to bear arms, Negligence.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

    D.       Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

It seems like the Indianapolis FBI office and Terry J Smith haven't done anything to resolve my initial complaint, second complaint, or any complaints afterwards which I think is unacceptable and negligent for people in law enforcement to do when a person is complaining about criminals and such serious crimes against someone.

---

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.       Where did the events giving rise to your claim(s) occur?

6225 N Rural St Indianapolis IN 46220
7933 Carlton Arms Rd Apt H Indianapolis IN 46256
Firebirds Wood Fired Grill (North Indianapolis)
3710 N Meridian St Apt 205 Indianapolis IN 46208
6225 N Rural St Indianapolis IN 46220

    B.       What date and approximate time did the events giving rise to your claim(s) occur?

2021 -> 2026 (Ongoing issue which I complain to law enforcement about frequently)

---

    C.       What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

It seemed like a group got in my head in around 2013 (When I was in middle school). It seemed like a different group got in my head around 2017 (when I was in high school around when my grandfather Joseph Heed died). "Charles Littlejohn" leaked IRS documents late 2019. It seemed like somebody drugged me to sleep in 2020 (I'm not sure how they did such a thing). My mother took my to a therapy appointment at options behavioral hospital around the beginning of 2021 and they locked me in the hospital for a disagreement in a therapy appointment and gave me a shot of medicine and prescribed me medicine which caused odd feelings in my chest and high blood pressure after leaving the hospital. I went to the emergency room frequently about those "side effects". The physical health problems continued off and on, even after I stopped taking medicine. I reached out to the FBI via the IC3 form in 2021 about somebody poking my nipple while sleeping. Later I began having issues with my family and got kicked out and totaled my suv in a car crash. I got my own apartment a little while later, and went to the Indianapolis FBI office in 2023 to complain again about people messing with me and my hair while sleeping and someone puppeteering their way into my apartment to sexually assault me, and doing things in my head to make work more difficult. They sent me an IMPD MCAT detective (Terry J. Smith) and I began hearing voices and getting worked up and yelling and having "mental and physical health issues" after talking to Terry at the apartment. I've gotten stuck at mental hospitals a few times since then, lost my gun rights, and visited emergency rooms a few times as well. I also lost a good serving job at Eddie merlots because of the "mental issues" and was having issues at the next job, and was distracted by these issues and whatever others were trying to organize, I also Called the Indiana Guards Anti-Terrorism line and left a message about people being terrorist to me, and that impacts me and my health and life and is terrible to go through. Giving me drugs and medical devices or procedures and getting me worked up and making me yell is not good for my health. It causes damage to blood vessels, my kidneys, my cardiovascular system, my brain, my muscles. And drugs turning my brain off and letting an algorithm or group of puppeteers steal my body is also not good for my brain and health and could be compared to torture which has been ongoing for years. These problems also messed up my savings (buying a new car / getting apartments) and college plans and stock trades and compound interest and health. I called the anti-terrorism line again in 2026 and they said they couldn't help since I'm not a guard member and referred me back to the FBI who didn't resolve my complaints the first time and referred me to the police the second time I complained. It's like Indiana law enforcement is playing a game of not doing their jobs for whoever's bothering me and that is not right.

It also seems like the FBI / police, maybe their friends and families and children, or others who want to mess with police keep getting in my head and letting others give me drugs and annoy me and are retaliating for my initial complaint to the FBI about being poked in the nipple while sleeping and then I totaled my truck. It's really annoying they keep bothering me with their Hollywood friends and scripts and doctors and psychologist and medicines and drugs and constantly mess with me and my head to annoy me.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Drugs putting my brain to sleep is not good for my brain (I had an instance where the algorithm was turned off and I couldn't think (and am not sure how this will affect my thinking when the algorithm is turned off and the terrorist are removed from my head).
Medical Procedures and Devices and Drugs making me hear voices and get worked up and angry and yell is not good for my brain, my blood vessels, my kidneys, my cardiovascular system, my muscles.

Prolonged high blood pressure can damage my body in many ways and am not sure of what tthe longer term health effects will be. Likely causing damage to my brain and blood vessels and kidneys and cardio vascular system and possibly other organs and parts of the body.

I received no treatment for the complaints above. I was referred to mental health people who prescribe mental medicines which I felt like I never needed and it seems like possibly those same people sneak around giving me those medicines when I'm "unconscious"

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Medical Expenses - $100,000 (Previous Hospital Visits / Bills)
Property Damage - $25,000 (SUV, Phones, Computers, Other Technology, Furniture, "Stuff")
Lost Earnings - $300,000 (Others messing up jobs, school plans, stock trades, savings, compound interest)
Future Lost Income - $3,000,000 (Others being able to involve themselves in my life may be an issue for working, especially for a preferable employer or in a career that I would prefer)
Est. Future Medical Expenses - $500,000 (For possible issues with cardiovascular system, Kidneys, Blood, Brain, Etc.)
Multiplier - 4 (For ongoing "puppeteering", Terrorism, Torture, Abuse, etc.)

$6,300,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                3/25/2026

Signature of Plaintiff

Printed Name of Plaintiff        Jahlil J Lewis

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_City_                    _State_            _Zip Code_

Telephone Number

E-mail Address

**Print**            **Save As...**            **Add Attachment**                        **Reset**